**Ann FORD, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Oct. 5, 1951.

V. R. Bentley, Pikeville, for movant.

A. E. Funk, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Pike Circuit Court. Judgment of conviction for selling whiskey in local option territory and imposing sentence of $50 fine and 30 days in jail.

Appeal denied. Judgment affirmed.

**Hazel McGREGOR, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Oct. 5, 1951.

Gordon & Gordon & Mills, Maubert R. Mills, Madisonville, for movant.

A. E. Funk, Atty. Gen., Guy L. Dickinson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Caldwell Circuit Court. Judgment of conviction for attempting to cut another maliciously with intent to kill and imposing sentence of 90 days in jail.

Appeal denied. Judgment affirmed.